# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO.: 3:09-CV-518-RJC-DSC

EARLINE E. ERVIN-HUTCHINSON and )
MELVIN HUTCHINSON, )
                                   )
          Plaintiffs, )
                                   )
     v.                            )
                                   )
DAVOL, INC., and C.R. BARD, INC., )
                                   )
          Defendants. )
_____ )

## ORDER GRANTING DEFENDANT DAVOL, INC.'S AND
## DEFENDANT C.R. BARD, INC.'S CONSENT MOTION TO STAY

Having considered Defendants' Consent Motion to Stay, and noting the Plaintiffs' consent, it is hereby **ORDERED** that all requirements, deadlines, and other proceedings in this action before this Court are hereby stayed and/or extended indefinitely pending transfer of the action by the Judicial Panel on Multidistrict Litigation to the United States District Court for the District of Rhode Island. Upon transfer to the District of Rhode Island, the parties will comply with any requirements and deadlines imposed by that Court with respect to this action.

       **SO ORDERED**.                Signed: February 9, 2010

_____
David S. Cayer
United States Magistrate Judge